**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

COREY BRACEY,                                    )
                                                 )
                    Plaintiff,                   )
          v.                                     )
                                                 )
PENNSYLVANIA DEPARTMENT OF                       )
CORRECTIONS; Superintendent                      )
HARLOW; Deputy HALL; Deputy                      )          Case No. 1:11-cv-4-SJM-MPK
BRYANT; Major GILLMORE; Major                    )
SUTTER; Captain WHITE; Captain                   )
FRONZ; Captain MORROW; Lieutenant                )
DEAL; Sergeant WOLFE; Correction                 )
Officer STAFFORD; MAXINE OVERTON;                )
Dr. ROMAN; MENTAL HEALTH                         )
MANAGEMENT; WILLIAM WOODS;                       )
JOE BROWNLEE; E. BROWNLEE, GR-                    )
9693; Correction Officer HARMON;                 )
Lieutenant IRWIN; and Sergeant RUFF,             )
                                                 )
                    Defendants.                  )

## MEMORANDUM ORDER

The above-captioned pro se prisoner civil rights case was received by the Clerk of Court on January 4, 2011.  It was originally referred to Magistrate Judge Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

On June 22, 2011, this case was referred to Magistrate Judge Maureen Kelly. ECF No. [20].  Judge Kelley's Report and Recommendation [74], filed on February 17, 2012, recommends that the partial motion to dismiss [40] filed by the DOC Defendants be granted in part and denied in part.  Plaintiff was allowed fourteen (14) days from the date of service in which to file objections.  Service was made on Plaintiff by certified

mail at SCI-Smithfield, where he is incarcerated.  No objections to the Report and

Recommendation have been filed to date.  After de novo review of the complaint and

documents in the case, together with the Report and Recommendation, the following

order is entered:

AND NOW, this 8th day of March, 2012;

IT IS HEREBY ORDERED that the motion to dismiss [40] filed on behalf of the

DOC Defendants shall be, and hereby is, GRANTED in part and DENIED in part as

follows:

1. The motion shall be GRANTED insofar as it relates to Plaintiff's Eighth
   Amendment claims arising out of medication distribution security procedures
   and alleged medical malpractice and, accordingly, those claims shall be, and
   hereby are, DISMISSED with prejudice;

2. The motion shall be GRANTED insofar as it relates to Plaintiff's claims
   directed against the Department of Corrections and, accordingly, those claims
   shall be, and hereby are, DISMISSED with prejudice; and

3. The motion shall be DENIED in all other respects.

IT IS FURTHER ORDERED that the Report and Recommendation [74], filed on

February 17, 2012 by Magistrate Judge Kelly, is adopted as the opinion of the Court.


<u>Sean J. McLaughlin</u>

Sean J. McLaughlin
U.S. District Judge

cc:   COREY BRACEY
      GS4754
      SCI SMITHFIELD
      1120 PIKE STREET
      BOX 999
      HUNTINGDON, PA 16652

      Counsel of Record via CM-ECF
      U.S. Magistrate Judge Kelly