IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY BRACEY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 11-4 E |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Maureen P. Kelly |
| SUPERINTENDENT HARLOW, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff filed an appeal [Doc. 191] on July 26, 2013, to U.S. Magistrate Judge Maureen Kelly's July 16, 2013 Order [Doc. 187] granting Defendants' Motion for Leave to File Reply with Exhibits Under Seal [Doc. 185]. Judge Kelly subsequently entered a Memorandum Order on August 6, 2013, which modified her previous July 16, 2013 Order. Plaintiff filed an appeal of Judge Kelly's August 6, 2013 Order, which currently is pending before this Court. Accordingly, Plaintiff's appeal [Doc. 191] is DENIED as moot.

IT IS SO ORDERED.


September 6, 2013                                   s\Cathy Bissoon
                                                    Cathy Bissoon
                                                    United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Corey Bracey
GS4754
SCI Graterford

PO Box 244
Graterford, PA 19426-0244